Rebecca L. Davis (State Bar No. 271662)
E-mail: rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Barak Kamelgard (State Bar No. 298882)
E-mail: barak@lawaterkeeper.org
Benjamin Harris (State Bar No. 313193)
E-mail: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Tel: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WYATT PRECISION MACHINE, INC., a California corporation,<br><br>Defendant. | Case No. 2:23-cv-3309 CBM (AGRx)<br><br>**JOINT REQUEST FOR ENTRY OF CONSENT DECREE**<br><br>Courtroom: 8D<br>Honorable Judge Consuelo B. Marshall |

On May 3, 2023, Plaintiff Los Angeles Waterkeeper sent a letter to the United States Department of Justice and the United States Environmental Protection Agency to trigger a mandatory 45-day review period to review the [Proposed] Consent Decree entered into by the parties on May 2, 2023. *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5.

On May 19, the Department of Justice requested certain amendments to the [Proposed] Consent Decree. The parties made the requested amendments, signed a revised [Proposed] Consent Decree on May 23, 2023, and provided the revised [Proposed] Consent Decree to the U.S. Department of Justice.

On June 7, 2023, following receipt of the revised [Proposed] Consent Decree, the Department of Justice sent the parties a letter indicating that the federal agencies had no objection to the entry of the [Proposed] Consent Decree. That letter is attached hereto as Exhibit 1. Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree filed with the Court contemporaneously with this request.                                        Respectfully submitted,


Dated:  June 12, 2023                    LOZEAU DRURY LLP

                                         By:   _/s/ Rebecca Davis_
                                         Rebecca L. Davis
                                         Attorneys for Plaintiff Los Angeles
                                         Waterkeeper

                    [SIGNATURES CONTINUED ON FOLLOWING PAGE]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  June 12, 2023

BEST BEST & KRIEGER LLP

By:  */s/ Rebecca Andrews* (auth. 6/12/23)
Rebecca Andrews
Attorneys for Defendant Wyatt Precision
Machine, Inc.